UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WINSTON BERNARD EISON,**

    **Plaintiff,**

    v.                                                  Case No. 12-CV-931

**TONIA ROZMARYNOSKI,**

    **Defendant,**

## ORDER

Plaintiff, who is incarcerated at New Lisbon Institution, is proceeding in forma pauperis, on a claim under 42 U.S.C. § 1983 that his Eighth Amendment rights were violated by defendant's refusal to permit him to shower and decontaminate after he cleaned a cell in which an incapacitating gas was used. Plaintiff filed a motion to amend/correct his complaint to reflect the that he is suing the defendant in her individual capacity. The motion is not necessary and will accordingly be denied as moot.

**IT IS THEREFORE ORDERED** that plaintiff's motion to amend/correct complaint [Docket #23] is **DENIED** as moot.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2013.

                                                                                  s/ Lynn Adelman
                                                                                  _____
                                                                                  LYNN ADELMAN
                                                                                  District Judge