# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WINSTON BERNARD EISON,**

    **Plaintiff,**

    v.                                                                      Case No. 12-CV-931

**TONIA ROZMARYNOSKI,**

    **Defendant.**

## DECISION AND ORDER

Plaintiff has filed a motion to deduct the balance of the filing fee from his release account. Upon due consideration, this request will be granted.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to pay balance of filing fee from release account (Docket # 86) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Warden of New Lisbon Correctional Institution or his designee shall forward to the Clerk of Court the balance of the filing fee ($71.30) from plaintiff's release account.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2014.

                                                          s/ Lynn Adelman
                                                          _____
                                                          LYNN ADELMAN
                                                          District Judge